1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                     NORTHERN DISTRICT OF CALIFORNIA
10                            OAKLAND DIVISION

| | |
|---|---|
| CURTIS BERRIEN, et al., | CASE NO. CV10-3125 CW |
| Plaintiffs, | **ORDER MODIFYING NOVEMBER 26, 2010 CASE MANAGEMENT ORDER TO CONTINUE THE PARTIES' DEADLINE TO COMPLETE MEDIATION** |
| v. | |
| NEW RAINTREE RESORTS INTERNATIONAL, LLC, et al., | |
| Defendants. | |

1   THE COURT, having considered the unopposed motion (the "Motion") of
2 Defendants New Raintree Resorts International, LLC, RVC Members, LLC and Douglas Y. Bech
3 for an order pursuant to Local Rule 7-11 continuing the deadline by which the parties must
4 conclude an ADR session before a private mediator, and all papers filed in connection therewith;
5 and good cause appearing therefor; HEREBY ORDERS THAT:

6   1. The Motion is hereby GRANTED.
7   2. The Court's November 16, 2010 Minute Order and Case Management Order
8      (see Docket No. 35) is modified as follows:  the parties shall have until sixty
9      days following entry of an order on Plaintiffs' forthcoming motion for class
10     certification to complete an ADR session.

12 DATED: 2/7/2011

_____
UNITED STATES DISTRICT JUDGE