IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS BERRIEN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NEW RAINTREE RESORTS INTERNATIONAL, LLC; RVC MEMBERS, LLC; DOUGLAS Y. BECH;<br><br>    Defendants. | No. C 10-03125 CW<br><br>ORDER GRANTING DEFENDANTS' MOTION TO CLARIFY CASE MANAGEMENT ORDER<br>(Docket No. 43) |

　　　At the November 16, 2010 case management conference, the Court informed the parties that they shall seek summary judgment through cross-motions, with Plaintiffs Curtis Berrien, et al., filing the opening motion.  The Court noted that these cross-motions could be filed along with Plaintiffs' motion for class certification.

　　　Defendants New Raintree Resorts International, LLC, et al., now seek clarification of the Court's November 16, 2010 Case Management Order.  Specifically, they ask the Court to clarify that Plaintiffs may not file a motion for partial summary judgment regarding Defendants' affirmative defenses on a schedule independent from Defendants' motion for summary judgment. Plaintiffs desire to have their motion for partial summary judgment, which has not been filed, heard on or about June 9, 2011, the hearing date for their motion for class certification.

　　　Defendants' motion is GRANTED.  (Docket No. 43.)  The parties may meet and confer to determine an earlier date on which their cross-motions for summary judgment may be heard.  If they can agree

on such a date, Plaintiffs may re-notice the hearing for their motion for class certification so that it coincides with that date. If the parties cannot agree on an earlier hearing date for their cross-motions, the cross-motions will be heard on November 10, 2011, as specified in the Case Management Order, and Plaintiffs' motion for class certification will be heard on June 9, 2011, as currently scheduled.

   IT IS SO ORDERED.

Dated: 4/26/2011

CLAUDIA WILKEN
United States District Judge