1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CURTIS BERRIEN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>NEW RAINTREE RESORTS INTERNATIONAL, LLC, et al.,<br><br>  Defendants. | CASE NO. CV10-3125 CW<br><br>**ORDER SEALING PORTIONS OF THE EXPERT REPORT OF KEITH R. UGONE, PH.D., FILED IN CONNECTION WITH DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

1  THE COURT, having considered the administrative motion (the "Motion") of Defendants New Raintree Resorts International, LLC, RVC Members, LLC and Douglas Y. Bech for an order granting them leave to file under seal portions of the Expert Report of Keith R. Ugone, Ph.D., attached as Exhibit A to Mr. Ugone's declaration submitted in opposition to Plaintiffs' Motion for Class Certification, and all papers filed in connection therewith; and good cause appearing therefor; HEREBY ORDERS THAT:

1. The Motion is hereby GRANTED.
2. Pursuant to General Order 62, Defendants shall e-file under seal an unredacted version of the Ugone Report.
3. Defendants shall e-file in the public record a version of the Ugone Report with paragraphs 34 and 35 (including Table 4) and Exhibit 6 thereto redacted.

DATED: 5/25/2011

_____
UNITED STATES DISTRICT JUDGE

- 1 -
ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL
Case No. CV10-3125 CW