IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS BERRIEN, ROSE HUERTA, TINA MUSHARBASH, FERN PROSNITZ, MICHAEL ANDLER, MARCUS BONESS, TIMOTHY BONNELL, RICHARD BUFORD, ELAINE CEFOLA, KENNETH DAVIS, JEROME GAROUTTE, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>NEW RAINTREE RESORTS INTERNATIONAL, LLC; RVC MEMBERS, LLC; DOUGLAS Y. BECH,<br><br>            Defendants.<br>_____/ | No. C 10-3125 CW<br><br>ORDER DENYING PLAINTIFFS' MOTION TO SEAL<br>(Docket No. 64) |

    Plaintiffs Curtis Berrien, et al., move for leave to file under seal portions of their reply brief and the entirety of Exhibit 1 of the Declaration of Elizabeth C. Pritzker, all filed in support of their motion for class certification.  Defendants New Raintree Resorts International, LLC, et al., designated as confidential the information Plaintiffs ask the Court to seal.  However, Defendants have not filed a declaration in support of Plaintiffs' motion to seal.

    Because the public interest favors filing all court documents in the public record, any party seeking to file a document under seal must demonstrate good cause to do so.  <u>Pintos v. Pac. Creditors Ass'n</u>, 605 F.3d 665, 678 (9th Cir. 2010).  This cannot be established simply by showing that the document is subject to a protective order or by stating in general terms that the material

is considered to be confidential, but rather must be supported by a sworn declaration demonstrating with particularity the need to file each document under seal.  See Civil L.R. 79-5(a).  If a document has been designated as confidential by another party, that party must file a declaration establishing that the document is sealable.  Civil L.R. 79-5(d).

    Because Defendants have failed to file a declaration as required by Civil L.R. 79-5(d), Plaintiffs' motion is DENIED.  (Docket No. 64.)  Within four days of the date of this Order, Plaintiffs shall file unredacted versions of their documents in the public record.  Civil L.R. 79-5(e).

    IT IS SO ORDERED.

Dated: 6/7/2011

CLAUDIA WILKEN  
United States District Judge