1  Jonathan K. Levine (State Bar No. 220289)
    jkl@girardgibbs.com
2  Elizabeth C. Pritzker (State Bar No. 146267)
    ecp@girardgibbs.com
3  Todd Espinosa (State Bar No. 209591)
    tie@girardgibbs.com
4  **GIRARD GIBBS LLP**
5  601 California Street
   San Francisco, California 94108
6  Telephone: (415) 981-4800
7  Facsimile: (415) 981-4846

8  Class Counsel and Attorneys for Individual and
9  Representative Plaintiffs Curtis Berrien, Rose Huerta,
   Tina Musharbash, Fern Prosnitz, Michael Andler,
10 Marcus Boness, Timothy Bonnell, Richard Buford,
   Elaine Cefola, Kenneth Davis and Jerome Garoutte
11

12                   **UNITED STATES DISTRICT COURT**
13                   **NORTHERN DISTRICT OF CALIFORNIA**

14 | CURTIS BERRIEN; ROSE HUERTA; TINA        ) Case No. CV 10-03125 CW
15 | MUSHARBASH; FERN PROSNITZ; MICHAEL )
   | ANDLER; MARCUS BONESS; TIMOTHY          )
16 | BONNELL; RICHARD BUFORD; ELAINE         ) **STIPULATION AND [PROPOSED] ORDER**
   | CEFOLA; KENNETH DAVIS; JEROME           ) **VACATING CASE DEADLINES PENDING**
17 | GAROUTTE, on behalf of themselves and all ) **MOTION FOR PRELIMINARY**
18 | others similarly situated,               ) **SETTLEMENT APPROVAL**
                                               )
19          Plaintiffs,                        ) **CLASS ACTION**
       v.                                      )
20 NEW RAINTREE RESORTS                        )
21 INTERNATIONAL, LLC; RVC MEMBERS,            )
   LLC; DOUGLAS Y. BECH                       )
22                                             )
                                               )
23          Defendants.                        )

1     WHEREAS, since early June 2011, counsel for the Parties have engaged in settlement discussions with the assistance of a mediator, the Hon. Victor H. Persón (Ret.);

3     WHEREAS, on September 28, 2011, counsel for the Parties reached an agreement in principle regarding the substantive terms of a settlement providing relief to members of a proposed nationwide settlement class (the "Settlement Class");

6     WHEREAS, having now reached agreement regarding the substantive terms of the settlement, counsel for the Parties have commenced discussions regarding attorneys' fees and costs;

8     WHEREAS, within the next thirty days, counsel for the Parties anticipate reaching final agreement regarding attorneys' fees and costs and drafting final settlement documentation, including a final settlement agreement and a proposed settlement notice to the Settlement Class;

11     WHEREAS, in light of the anticipated settlement and in order to avoid the unnecessary expenditure of time and resources by the Parties and the Court, the Parties seek relief from all pending dates and deadlines in this case;

14     IT IS HEREBY STIPULATED by the Parties, through their counsel, that all pending dates and deadlines in the above-captioned action be vacated.

16     IT IS FURTHER HEREBY STIPULATED by the Parties, through their counsel, that, no later than October 28, 2011, the Parties shall jointly file a report apprising the Court of the status of the proposed settlement and final settlement documentation and, if appropriate, proposing a briefing and hearing schedule on a motion for preliminary settlement approval.

\\
\\
\\
\\
\\
\\
\\
\\
\\
\\

1

STIPULATION AND [PROPOSED] ORDER VACATING CASE DEADLINES PENDING MOTION FOR PRELIMINARY SETTLEMENT APPROVAL

| | | |
|---|---|---|
| 1 | Dated:  September 28, 2011 | Respectfully submitted, |
| 2 | | **GIRARD GIBBS LLP** |
| 3 | | By: _____/s/_____ |
| 4 | | Jonathan K. Levine |

Elizabeth C. Pritzker
Todd Espinosa
601 California Street, 14th Floor
San Francisco, California  94108
Telephone:  (415) 981-4800
Facsimile:  (415) 981-4846

*Class Counsel and Attorneys for Individual and Representative Plaintiffs Curtis Berrien, Rose Huerta, Tina Musharbash, Fern Prosnitz, Michael Andler, Marcus Boness, Timothy Bonnell, Richard Buford, Elaine Cefola, Kenneth Davis and Jerome Garoutte*

**LOOPER REED & MCGRAW P.C.**

Dated: September 28, 2011      By: _____/s/_____
                                James J. Ormiston

1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone:  (713) 986-7000
Facsimile:  (713) 986-7100

Daryl M. Crone
Gerald E. Hawxhurst
**CRONE HAWXHURST LLP**
10880 Wilshire Blvd., Suite 1150
Los Angeles, California 90024
Telephone:  (310) 893-5150
Facsimile:  (310) 893-5195

*Attorneys for Defendants New Raintree Resorts International, LLC, RVC Members, LLC and Douglas Y. Bech*

\\
\\
\\
\\
\\

STIPULATION AND [PROPOSED] ORDER VACATING CASE DEADLINES PENDING
MOTION FOR PRELIMINARY SETTLEMENT APPROVAL

**[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties, all pending dates and deadlines in the above-captioned action are **VACATED**. No later than October 28, 2011, the Parties shall jointly file a report apprising the Court of the status of the proposed settlement and final settlement documentation, and, if appropriate, proposing a briefing and hearing schedule on a motion for preliminary settlement approval.

**IT IS SO ORDERED.**  A case management conference will be held on Tuesday, November 29, 2011, at 2:00 p.m.

Date:   9/29/2011

THE HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER VACATING CASE DEADLINES PENDING MOTION FOR PRELIMINARY SETTLEMENT APPROVAL