Jonathan K. Levine (State Bar No. 220289)
  jkl@girardgibbs.com
Elizabeth C. Pritzker (State Bar No. 146267)
  ecp@girardgibbs.com
Todd Espinosa (State Bar No. 209591)
  tie@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Class Counsel and Attorneys for Individual and
Representative Plaintiffs Curtis Berrien, Rose Huerta,
Tina Musharbash, Fern Prosnitz, Michael Andler,
Marcus Boness, Timothy Bonnell, Richard Buford,
Elaine Cefola, Kenneth Davis and Jerome Garoutte

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CURTIS BERRIEN; ROSE HUERTA; TINA MUSHARBASH; FERN PROSNITZ; MICHAEL ANDLER; MARCUS BONESS; TIMOTHY BONNELL; RICHARD BUFORD; ELAINE CEFOLA; KENNETH DAVIS; JEROME GAROUTTE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NEW RAINTREE RESORTS INTERNATIONAL, LLC; RVC MEMBERS, LLC; DOUGLAS Y. BECH<br><br>Defendants. | **Case No. CV 10-03125 CW**<br><br>**STATUS REPORT REGARDING SETTLEMENT AND [~~PROPOSED~~] ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR PRELIMINARY APPROVAL MOTION**<br><br>**CLASS ACTION** |

In accordance with the Court's September 29, 2011 order, Plaintiffs and Class Representatives Curtis Berrien, Rose Huerta, Tina Musharbash, Fern Prosnitz, Michael Andler, Marcus Boness, Timothy Bonnell, Richard Buford, Elaine Cefola, Kenneth Davis and Jerome Garoutte ("Plaintiffs") and Defendants New Raintree Resorts International, LLC, RVC Members, LLC and Douglas Y. Bech ("Defendants") respectfully submit this report regarding the status of their proposed settlement of this action and formal settlement documentation and proposed briefing and hearing dates regarding a motion for preliminary settlement approval.  *See* Dkt. No. 78.

Counsel for the Parties are continuing to make progress towards settlement and are currently drafting a formal settlement agreement, a proposed notice to the settlement class pursuant to Rule 23(e)(1) of the Federal Rules of Civil Procedure and notice to government authorities pursuant to 28 U.S.C. § 1715(b).  The Parties and their counsel expect to reach final agreement on such documentation in the next several weeks.  Plaintiffs plan thereafter to make a motion for preliminary settlement approval to the Court, which Defendants will not oppose.

The Parties propose that Plaintiffs file their unopposed motion for preliminary settlement approval no later than November 15, 2011 and that the motion be heard by the Court on November 29, 2011.  The Court has scheduled a case management conference for November 29, 2011.  *See* Dkt. No. 78.

Dated:  October 26, 2011                         Respectfully submitted,

**GIRARD GIBBS LLP**

By:   */s/ Jonathan K. Levine*
        Jonathan K. Levine

Elizabeth C. Pritzker
Todd Espinosa
601 California Street, 14th Floor
San Francisco, California  94108
Telephone:  (415) 981-4800
Facsimile:  (415) 981-4846

*Class Counsel and Attorneys for Individual and Representative Plaintiffs Curtis Berrien, Rose Huerta, Tina Musharbash, Fern Prosnitz, Michael Andler, Marcus Boness, Timothy Bonnell, Richard Buford, Elaine Cefola, Kenneth Davis and Jerome Garoutte*

1

STATUS REPORT REGARDING SETTLEMENT AND [~~PROPOSED~~] ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR PRELIMINARY APPROVAL MOTION

**LOOPER REED & MCGRAW P.C.**

Dated: October 26, 2011

By:   */s/ James J. Ormiston*
      James J. Ormiston

1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone: (713) 986-7000
Facsimile: (713) 986-7100

Daryl M. Crone
Gerald E. Hawxhurst
**CRONE HAWXHURST LLP**
10880 Wilshire Blvd., Suite 1150
Los Angeles, California 90024
Telephone: (310) 893-5150
Facsimile: (310) 893-5195

*Attorneys for Defendants New Raintree Resorts International, LLC, RVC Members, LLC and Douglas Y. Bech*

# [PROPOSED] ORDER

Plaintiffs shall file their unopposed motion for preliminary settlement approval and supporting documentation, including a proposed notice to the settlement class, no later than **November 15, 2011**. The motion shall be heard on **November 29, 2011 at 2:00 p.m.** The motion shall propose a schedule agreed upon by the Parties for providing notice of the proposed settlement to the settlement class and for briefing and hearing on a motion for final settlement approval pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, if the proposed settlement is preliminarily approved by the Court. No case management statement need be filed by the Parties.

**IT IS SO ORDERED.**

Date: __**11/2/2011**__

_____
THE HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

2

STATUS REPORT REGARDING SETTLEMENT AND [PROPOSED] ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR PRELIMINARY APPROVAL MOTION

# CERTIFICATE OF SERVICE

I, Jonathan K. Levine, hereby certify that on October 26, 2011, I filed the following document(s):

**STATUS REPORT REGARDING SETTLEMENT AND [PROPOSED] ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR PRELIMINARY APPROVAL MOTION**

By ECF (Electronic Case Filing):  I e-filed the above-detailed document utilizing the United States District Court, Northern District of California's mandated ECF service on October 26, 2011. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document(s) upon confirmation of e-filing.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, CA on October 26, 2011.

/s/ *Jonathan K. Levine*